

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 23−30511
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Sergey V Kholod
   aka Sergey Vitalyevich Kholod Sr., dba Legacy Remodel
1027 Ridgefield Circle
Indian Trail, NC 28079
Social Security No.: xxx−xx−3971

Anna P Kholod
   aka Anna Pavlovna Kholod, fka Ganna Petrenko
1027 Ridgefield Circle
Indian Trail, NC 28079
Social Security No.: xxx−xx−0207

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

    Form 106 − Individual Summary of Schedules
    Schedules A−J
    Declaration Concerning Schedules
    Statement of Financial Affairs
    Fee Disclosure Statement
    Fee Disclosure Statement (Local Form 3)
    Chapter 13 Plan (Local Form 4)
    Local Form 13
    Chapter 13 Statement of Income

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: July 27, 2023

Steven T. Salata
Clerk of Court

Electronically filed and signed (7/27/23)