```
Label Matrix for local noticing         AT&T                                    Active Waste
0419-3                                  c/o Bankruptcy                          PO Box 10
Case 23-30511                           1801 Valley View Ln                     Waxhaw, NC 28173-1038
Western District of North Carolina      Farmers Branch, TX 75234-8906
Charlotte
Wed Aug  9 07:42:28 EDT 2023

Adam Tan                                American Express TRS Co. Inc.           Attn: Capital One Auto Finance, a division o
3119 Pinehurst Place                    4315 South 2700 West                    AIS Portfolio Services, LLC
Charlotte, NC 28209-3101                Salt Lake City, UT 84184-0001           4515 N Santa Fe Ave. Dept. APS
                                                                                Oklahoma City, OK 73118-7901

(p)BANK OF AMERICA                      Barclays                                Blue Book
PO BOX 982238                           PO Box 8833                             925 Westchester Avenue, Ste 101
EL PASO TX 79998-2238                   Wilmington, DE 19899-8833               West Harrison, NY 10604-3562


Bluegrass Funding                       Capital One                             Capital One Auto Finance
462 S 4th St #2600                      Attn: General Correspondence            7933 Preston Road
Louisville, KY 40202-3452               PO Box 30285                            Plano, TX 75024-2302
                                        Salt Lake City, UT 84130-0285


Carolina CAT                            Carolina Tractor & Equipment Co.        Charles & Ashley Perez
6408 N Tryon St                         PO Box 1095                             c/o Eric Spengler
Charlotte, NC 28213-7916                Charlotte, NC 28201-1095                Spengler & Agans, PLLC
                                                                                352 N. Caswell Road
                                                                                Charlotte, NC 28204-2469

(p)JPMORGAN CHASE BANK  N A             Christopher J. Danko                    Country Boy Landscaping
BANKRUPTCY MAIL INTAKE TEAM             9911 Glencrest Dr                       429 Old Moorseville Road
700 KANSAS LANE FLOOR 01                Huntersville, NC 28078-4295             Sparta, NC 28675
MONROE LA 71203-4774


Credit International Corp               Credit International Corp               Credit One Bank
10413 Beardslee Blvd. #A                PO Box 1268                             PO Box 60500
Bothell, WA 98011-3463                  Bothell, WA 98041-1268                  City of Industry, CA 91716-0500



Jeffrey G. Dalrymple P.A.               Dan Barton                              Department of Education/Nelnet
Jeffrey G. Dalrymple, PA                c/o Sellers, Ayers, Dortch & Lyons, PA  121 S. 13th Street
2435 Plantation Center Drive            301 Midtown, Ste 410                    Lincoln, NE 68508-1904
Suite 205                               301 South McDowell St
Matthews, NC 28105-5404                 Charlotte, NC 28204-2623

Discover Bank                           Dominion Energy                         Fundworks (IACC)
c/o Smith Debnam                        PO Box 25478                            c/o Joshua J. Provost, Esq
PO Box 176010                           Richmond, VA 23260-5478                 25852 Mcbean Pkwy # 801
Raleigh, NC 27619-6010                                                          Valencia, CA 91355-2004


H&E Equipment Services                  Hajoir Alhassan                         (p)HERC RENTALS INC
c/o Mary C. Cardini                     c/o Taylor Law                          ATTN BANKRUPTCY
7500 Pecue Lane                         324 N. First Street                     27500 RIVERVIEW CENTER BLVD 2ND FLOOR
Baton Rouge, LA 70809-5107              Albemarle, NC 28001-3905                BONITA SPRINGS FL 34134-4328
```

| | | |
|---|---|---|
| Jenny P. Holman<br>Office of the Chapter 13 Trustee<br>5970 Fairview Rd<br>Suite 650<br>Charlotte, NC 28210-2100 | Homeadvisor<br>c/o CMI<br>PO Box 28851<br>Philadelphia, PA 19151-0851 | Hometown Capital<br>4017 Central Pike<br>Hermitage, TN 37076-3156 |
| Ikon Hauling, LLC<br>3610 W Hwy 74<br>Monroe, NC 28110-8442 | Internal Revenue Service<br>Bankruptcy Section<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 |
| Jermel Douglas<br>1679 Cranium Dr<br>Lancaster, SC 29720 | KMK Investment Group, LLC<br>c/o Marshall P. Walker<br>Gray, Layton Kersh<br>PO Box 2636<br>Gastonia, NC 28053-2636 | Kelly Enos<br>3480 Carmie Lane<br>Salisbury, NC 28144-1289 |
| Anna P Kholod<br>1027 Ridgefield Circle<br>Indian Trail, NC 28079-9436 | Sergey V Kholod<br>1027 Ridgefield Circle<br>Indian Trail, NC 28079-9436 | Kirk P. Waters<br>1700 Millbridge Parkway<br>Waxhaw, NC 28173-4524 |
| Mantis Funding<br>2700 N. Military Trail #450<br>Boca Raton, FL 33431-1808 | Michael & Jean McGregor<br>1722 Walden Pond Lane<br>Waxhaw, NC 28173-8366 | Mint Hill Tool Rental<br>11223 Blair Rd<br>Charlotte, NC 28227-6870 |
| Mozstone LLC<br>3101 Yorkmont Rd, Ste 1600<br>Charlotte, NC 28208-7374 | NC Dept of Revenue<br>Bankruptcy Department<br>PO Box 1168<br>Raleigh, NC 27602-1168 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 |
| PRG<br>5690 BTC Blvd, Ste 650E<br>Englewood, CO 80111 | Palmera Distribution Inc<br>127 Hunslet Circle<br>Charlotte, NC 28206-2489 | Proventure Capital Funding, LLC<br>99 Wall Street, Ste 576<br>New York, NY 10005-4301 |
| Redstone Materials<br>4815 Persimmon Court<br>Monroe, NC 28110-9314 | Royal Funding LLC<br>180 Maiden Lane, Floor 13<br>New York, NY 10038-4925 | Sac Rentals LLC<br>215 Rowel Drive, Unit E<br>Indian Trail, NC 28079-9663 |
| Santander Consumer USA<br>5201 Rufe Snow Drive<br>North Richland Hills, TX 76180-6036 | Simple Life Enterprises, LLC<br>122 Flora Vista Dr<br>Mooresville, NC 28117-8577 | (p)U S SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-2678 |
| Stuart Lippman & Ass.<br>5447 E 5th St<br>Tucson, AZ 85711-2345 | Sunbelt Rentals<br>1009 Technology Drive<br>Indian Trail, NC 28079-7523 | Sunrise Credit Services, Inc.<br>PO Box 9100<br>Farmingdale, NY 11735-9100 |

Takesha & Dion Brace
174 Old Forge Road
Rock Hill, SC 29732-3280

Terry & Tammy Washington
6112 Birdsome Rd
Concord, NC 28025-9101

The Avanza Group LLC
3974 Amboy Road, Ste 304
Staten Island, NY 10308-2414

Thomas Rental
8542 Monroe Rd
Charlotte, NC 28212-7509

Townsquare Interactive
200 S Tryon St. Ste 400
Charlotte, NC 28202-0095

Truist Bank
PO Box 819
Wilson, NC 27894-0819

Truist Mortgage
1001 Semmes Ave RVW 3004
Richmond, VA 23224-2245

(p)US ATTORNEY'S OFFICE WDNC
227 W TRADE STREET
SUITE 1650
CHARLOTTE NC 28202-1698

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 982235
El Paso, TX 79998

Chase
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153

Herc Rentals, Inc.
901 Westinghouse Blvd
Charlotte, NC 28273

Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

United States Attorney
227 West Trade Street
Carillon Bldg, Suite 1700
Charlotte, NC 28202-1648

End of Label Matrix
Mailable recipients    67
Bypassed recipients     0
Total                  67