United States Bankruptcy Court

Western District of North Carolina

| | |
|---|---|
| In re: | Case No. 23-30511-ltb |
| Sergey V Kholod | Chapter 13 |
| Anna P Kholod | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0419-3      User: admin      Page 1 of 3
Date Rcvd: Aug 10, 2023      Form ID: 309I      Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sergey V Kholod, Anna P Kholod, 1027 Ridgefield Circle, Indian Trail, NC 28079-9436 |
| 6508618 | + | Active Waste, PO Box 10, Waxhaw, NC 28173-1038 |
| 6508619 | + | Adam Tan, 3119 Pinehurst Place, Charlotte, NC 28209-3101 |
| 6508624 | + | Blue Book, 925 Westchester Avenue, Ste 101, West Harrison, NY 10604-3562 |
| 6508625 | + | Bluegrass Funding, 462 S 4th St #2600, Louisville, KY 40202-3452 |
| 6508628 | + | Carolina CAT, 6408 N Tryon St, Charlotte, NC 28213-7916 |
| 6508629 | + | Carolina Tractor & Equipment Co., PO Box 1095, Charlotte, NC 28201-1095 |
| 6508630 | + | Charles & Ashley Perez, c/o Eric Spengler, Spengler & Agans, PLLC, 352 N. Caswell Road, Charlotte, NC 28204-2469 |
| 6508632 | + | Christopher J. Danko, 9911 Glencrest Dr, Huntersville, NC 28078-4295 |
| 6508633 | | Country Boy Landscaping, 429 Old Moorseville Road, Sparta, NC 28675 |
| 6508634 | + | Credit International Corp, 10413 Beardslee Blvd. #A, Bothell, WA 98011-3463 |
| 6508635 | + | Credit International Corp, PO Box 1268, Bothell, WA 98041-1268 |
| 6508637 | + | Dan Barton, c/o Sellers, Ayers, Dortch & Lyons, PA, 301 Midtown, Ste 410, 301 South McDowell St, Charlotte, NC 28204-2623 |
| 6508640 | + | Dominion Energy, PO Box 25478, Richmond, VA 23260-5478 |
| 6508641 | + | Fundworks (IACC), c/o Joshua J. Provost, Esq, 25852 Mcbean Pkwy # 801, Valencia, CA 91355-2004 |
| 6508643 | + | Hajoir Alhassan, c/o Taylor Law, 324 N. First Street, Albemarle, NC 28001-3905 |
| 6508645 | + | Homeadvisor, c/o CMI, PO Box 28851, Philadelphia, PA 19151-0851 |
| 6508646 | + | Hometown Capital, 4017 Central Pike, Hermitage, TN 37076-3156 |
| 6508647 | + | Ikon Hauling, LLC, 3610 W Hwy 74, Monroe, NC 28110-8442 |
| 6508649 | | Jermel Douglas, 1679 Cranium Dr, Lancaster, SC 29720 |
| 6508652 | | KMK Investment Group, LLC, c/o Marshall P. Walker, Gray, Layton Kersh, PO Box 2636, Gastonia, NC 28053-2636 |
| 6508650 | + | Kelly Enos, 3480 Carmie Lane, Salisbury, NC 28144-1289 |
| 6508651 | + | Kirk P. Waters, 1700 Millbridge Parkway, Waxhaw, NC 28173-4524 |
| 6508653 | + | Mantis Funding, 2700 N. Military Trail #450, Boca Raton, FL 33431-1808 |
| 6508654 | + | Michael & Jean McGregor, 1722 Walden Pond Lane, Waxhaw, NC 28173-8366 |
| 6508655 | + | Mint Hill Tool Rental, 11223 Blair Rd, Charlotte, NC 28227-6870 |
| 6508656 | + | Mozstone LLC, 3101 Yorkmont Rd, Ste 1600, Charlotte, NC 28208-7374 |
| 6508659 | | PRG, 5690 BTC Blvd, Ste 650E, Englewood, CO 80111 |
| 6508658 | #+ | Palmera Distribution Inc, 127 Hunslet Circle, Charlotte, NC 28206-2489 |
| 6508660 | + | Proventure Capital Funding, LLC, 99 Wall Street, Ste 576, New York, NY 10005-4301 |
| 6508661 | + | Redstone Materials, 4815 Persimmon Court, Monroe, NC 28110-9314 |
| 6508662 | + | Royal Funding LLC, 180 Maiden Lane, Floor 13, New York, NY 10038-4925 |
| 6508663 | #+ | Sac Rentals LLC, 215 Rowel Drive, Unit E, Indian Trail, NC 28079-9663 |
| 6508665 | + | Simple Life Enterprises, LLC, 122 Flora Vista Dr, Mooresville, NC 28117-8577 |
| 6508668 | + | Sunbelt Rentals, 1009 Technology Drive, Indian Trail, NC 28079-7523 |
| 6508670 | + | Takesha & Dion Brace, 174 Old Forge Road, Rock Hill, SC 29732-3280 |
| 6508671 | + | Terry & Tammy Washington, 6112 Birdsome Rd, Concord, NC 28025-9101 |
| 6508672 | + | The Avanza Group LLC, 3974 Amboy Road, Ste 304, Staten Island, NY 10308-2414 |
| 6508673 | + | Thomas Rental, 8542 Monroe Rd, Charlotte, NC 28212-7509 |
| 6508674 | + | Townsquare Interactive, 200 S Tryon St. Ste 400, Charlotte, NC 28202-0095 |
| 6508676 | + | Truist Mortgage, 1001 Semmes Ave RVW 3004, Richmond, VA 23224-2245 |

TOTAL: 41

| District/off: 0419-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: 309I | Total Noticed: 65 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jdalrymple@matthewsattorneys.com | Aug 10 2023 18:15:00 | Jeffrey G. Dalrymple, P.A., Jeffrey G. Dalrymple, PA, 2435 Plantation Center Drive, Suite 205, Matthews, NC 28105 |
| tr | + | Email/Text: ebnmail@ch13clt.com | Aug 10 2023 18:15:00 | Jenny P. Holman, Office of the Chapter 13 Trustee, 5970 Fairview Rd, Suite 650, Charlotte, NC 28210-2100 |
| smg | | Email/Text: USANCW.Bankruptcy-eNotices@usdoj.gov | Aug 10 2023 18:15:00 | United States Attorney, 227 West Trade Street, Carillon Bldg, Suite 1700, Charlotte, NC 28202-1648 |
| 6508621 | + | EDI: CINGMIDLAND.COM | Aug 10 2023 22:15:00 | AT&T, c/o Bankruptcy, 1801 Valley View Ln, Farmers Branch, TX 75234-8906 |
| 6508620 | + | Email/PDF: bncnotices@becket-lee.com | Aug 10 2023 18:23:31 | American Express TRS Co. Inc., 4315 South 2700 West, Salt Lake City, UT 84184-0001 |
| 6509733 | + | EDI: AISACG.COM | Aug 10 2023 22:15:00 | Attn: Capital One Auto Finance, a division of Capi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 6508622 | | EDI: BANKAMER.COM | Aug 10 2023 22:15:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 6508623 | | EDI: TSYS2 | Aug 10 2023 22:15:00 | Barclays, PO Box 8833, Wilmington, DE 19899-8833 |
| 6508626 | | EDI: CAPITALONE.COM | Aug 10 2023 22:15:00 | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 6508627 | | EDI: CAPONEAUTO.COM | Aug 10 2023 22:15:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 6508636 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 10 2023 18:23:27 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 6508638 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 10 2023 18:15:00 | Department of Education/Nelnet, 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 6508639 | | Email/Text: MDNCbankruptcynotices@smithdebnamlaw.com | Aug 10 2023 18:15:00 | Discover Bank, c/o Smith Debnam, PO Box 176010, Raleigh, NC 27619-6010 |
| 6508642 | + | Email/Text: mcardini@he-equipment.com | Aug 10 2023 18:15:00 | H&E Equipment Services, c/o Mary C. Cardini, 7500 Pecue Lane, Baton Rouge, LA 70809-5107 |
| 6508644 | | Email/Text: Bankruptcy@hercrentals.com | Aug 10 2023 18:15:00 | Herc Rentals, Inc., 901 Westinghouse Blvd, Charlotte, NC 28273 |
| 6508648 | | EDI: IRS.COM | Aug 10 2023 22:15:00 | Internal Revenue Service, Bankruptcy Section, PO Box 7346, Philadelphia, PA 19101-7346 |
| 6508631 | | EDI: JPMORGANCHASE | Aug 10 2023 22:15:00 | Chase, Cardmember Services, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 6508657 | + | EDI: NCDEPREV.COM | Aug 10 2023 22:15:00 | NC Dept of Revenue, Bankruptcy Department, PO Box 1168, Raleigh, NC 27602-1168 |
| 6508773 | | EDI: NCDEPREV.COM | Aug 10 2023 22:15:00 | North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 6508664 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 10 2023 18:15:00 | Santander Consumer USA, 5201 Rufe Snow Drive, North Richland Hills, TX 76180-6036 |
| 6508667 | ^ | MEBN | Aug 10 2023 18:12:36 | Stuart Lippman & Ass., 5447 E 5th St, Tucson, AZ 85711-2345 |
| 6508669 | | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 10 2023 18:15:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |

| District/off: 0419-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: 309I | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| 6508675 | + | Email/Text: bankruptcy@bbandt.com | Aug 10 2023 18:15:00 | Truist Bank, PO Box 819, Wilson, NC 27894-0819 |
| 6508666 | | Email/Text: bankruptcynotices@sba.gov | Aug 10 2023 18:15:00 | Small Business Administration, Office of General Counsel, 312 North Spring Street, 5th Floor, Los Angeles, CA 90012 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6508772 | *+ | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 12, 2023  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey G. Dalrymple, P.A. | on behalf of Debtor Sergey V Kholod jdalrymple@matthewsattorneys.com  jeffgdal@gmail.com |
| Jeffrey G. Dalrymple, P.A. | on behalf of Debtor Anna P Kholod jdalrymple@matthewsattorneys.com  jeffgdal@gmail.com |
| Jenny P. Holman | clttrusteejph@ch13clt.com |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Sergey V Kholod<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–3971<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | Anna P Kholod<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–0207<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Western District of North Carolina | Date case filed for chapter: 13    7/26/23 | |
| Case number: | 23–30511 | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sergey V Kholod | Anna P Kholod |
| 2. | **All other names used in the last 8 years** | aka Sergey Vitalyevich Kholod Sr., dba Legacy Remodel | aka Anna Pavlovna Kholod, fka Ganna Petrenko |
| 3. | **Address** | 1027 Ridgefield Circle<br>Indian Trail, NC 28079 | 1027 Ridgefield Circle<br>Indian Trail, NC 28079 |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey G. Dalrymple P.A.<br>Jeffrey G. Dalrymple, PA<br>2435 Plantation Center Drive<br>Suite 205<br>Matthews, NC 28105 | Contact phone (704) 847–7151<br>Email: jdalrymple@matthewsattorneys.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jenny P. Holman<br>Office of the Chapter 13 Trustee<br>5970 Fairview Rd<br>Suite 650<br>Charlotte, NC 28210 | Contact phone 704–372–9650<br>Email: clttrusteejph@ch13clt.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 401 West Trade Street<br>Charlotte, NC 28202 | Hours open:<br>8:30 am – 4:00 pm<br>Contact phone 704–350–7500<br>Date: 8/10/23 |

**For more information, see page 2**

Debtor **Sergey V Kholod** and **Anna P Kholod** Case number 23–30511

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | September 7, 2023 at 11:40 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>5970 Fairview Road, Suite 650, Charlotte, NC 28210 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/6/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/4/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/22/24** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |